UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

CIVIL ACTION NO.: 1:04CV-177-M

WESTFIELD INSURANCE GROUP                          PLAINTIFF

vs.

BESTWAY CONSTRUCTION, et. al.                       DEFENDANTS

### MEMORANDUM OPINION AND ORDER

This matter is before the Court pursuant to a Motion to Dismiss [DN 16] by

Defendants C. C. & C. Construction and C. C. & C. Contracting, Inc.  Plaintiff, Westfield

Insurance Group ("Westfield") filed a Complaint for Declaratory Judgment seeking a

judgment by the Court that Westfield had no duty to defend or provide coverage for any

Defendant in the underlying tort litigation.  C. C. & C. Construction and C. C. & C.

Contracting, Inc., and C. & C. Contracting, Inc. filed a Motion to Dismiss for failure to

state a claim.  For the following reasons, the Motion to Dismiss [DN 16] is **granted**.

### I.  FACTS

This action arises from tort litigation filed in Kentucky state court.  The Plaintiff,

Westfield Insurance Group ("Westfield"), is an Ohio corporation.  One of the Defendants,

Bestway Companies ("Bestway"), is a Kentucky business located in Bowling Green,

Kentucky.  Bestway was the insured of a policy of casualty insurance underwritten by

Westfield Insurance Group.  In May 2004, Bestway initiated a claim requesting that

Westfield provide for its defense under the policy in connection with a complaint filed by

Beverly Gillon against Bestway in state court.  The Gillon complaint alleged negligence and breach of the Kentucky Consumer Protection Act by Bestway and the other Defendants.

The underlying state claims filed by Gillon are based on claims of mold infestation, allegedly aggravated by Bestway's performance while working to remedy water and sewage damage on Gillon's property.  In the state court complaint, Gillon alleges that following the grant of an easement to South Central Rural Telephone Company ("SCRTC") and as a result of the subsequent work performed by C & C Contracting,[1] her home suffered extensive water and sewage damage.  At some point, Gillon contacted Bestway in order to repair the damage.  Gillon alleges that the repairs performed by Bestway were negligent, and that negligence aggravated the condition.  As an alleged result of the damage and mold presence in her home, Plaintiff suffered extensive physical injuries.

Westfield filed for this declaratory judgment action, joining all of the state court defendants.  Westfield seeks a judgment declaring that it has no duty to provide a defense or provide coverage for Bestway in the pending state court litigation under the terms of the insurance policy.  Specifically, Westfield contends that Bestway's actions fall under the "Bodily Injury" and "Property Damage" exclusions to the insurance contract and are not encompassed by the Commercial General Liability Coverage Section.

---

[1]C.C. & C. Construction, C.C. & C. Contracting, Inc., and C.& C. Contracting, Inc. are collectively referred to as "C. & C. Contracting" for purposes of this motion.

## II.  DISCUSSION

C. & C. Contracting has moved for dismissal of Westfield's suit with respect to C.C. & C. Construction, C.C. & C. Contracting, Inc., and C.& C. Contracting, Inc., contending that Westfield has failed to state a claim against these parties upon which relief can be granted.  The Court agrees.

Westfield cites KRS § 418.075, a Kentucky statute stating:

> When declaratory relief is sought, all persons shall be made parties who have or claim any interest which would be affected by the declaration, and no declaration shall prejudice the rights of persons not parties to the proceeding.

While KRS § 418.075 may arguably apply, it only applies to parties that have an interest in the proceeding.  In the amended complaint, Westfield does not state a claim or raise any allegations against C. & C. Contracting.  As evidenced by its desire to be dismissed from this action, C. & C. Contracting is not claiming an interest which would be affected by this litigation

For the foregoing reasons, C. & C. Contracting's Motion to Dismiss [DN 16] is **granted**, and the Westfield's complaint against C. & C. Contracting is dismissed with prejudice.

So Ordered.

cc: counsel of record
Westfield/104cv177-OrdDismiss

3